William F. Auther (SBN 014317)
David T. Lundmark (SBN 035003)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2736
(602) 643-2300
Fax: 602-248-0947
william.auther@bowmanandbrooke.com
David.lundmark@bowmanandbrooke.com

Attorney for Defendants R&R Surplus-Arizona, Inc.,
DKAL, LLC, Steven Rosenstein,
and Andrea Rosenstein

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Larasha Windom, | No. 2:18-cv-03331-PHX-SMB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| R & R Surplus-Arizona, Inc., an Arizona Corporation, DKAL, LLC, and Steven Rosenstein and Andrea Rosenstein, a married couple, | (Assigned to the Honorable Susan M. Brnovich) |
| Defendants. | |

Notice is hereby given to the Court that the parties have reached a settlement in this matter. The parties have agreed on the essential terms of the agreement, including a dollar amount. Upon completion of the appropriate settlement documents, the parties will submit a Stipulation for Dismissal with Prejudice.

Defendants request that the Court remove from the calendar the oral argument scheduled for tomorrow, August 20, 2019, on Defendants' motion for judgment on the

/ / /

/ / /

1    pleadings. The case has been settled, and so it is unnecessary for the court to rule on

2    Defendants' motion.

3

4        Dated this 19th day of August 2019.

5                           **BOWMAN AND BROOKE LLP**

6

7                By: s/ David T. Lundmark

8                   William F. Auther
                  David T. Lundmark
                  2901 N. Central Avenue, Suite 1600

9                   Phoenix, Arizona 85012

10                  Attorney for Defendants R&R Surplus-
                  Arizona, Inc., DKAL, LLC, Steven

11                  Rosenstein, and Andrea Rosenstein

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2019, I electronically transmitted the attached documents to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Filing to the following CM/ECF registrants.

Clifford P. Bendau II
Christopher J. Bendau
BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, AZ 85060
Attorneys for Plaintiff

s/ Sandy Wickham