# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larasha Windom, | No. CV-18-03331-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| R&R Surplus-Arizona Incorporated, et al., | |
| Defendants. | |

The Court, having reviewed the parties' Stipulation to Dismiss Case with Prejudice (Doc. 66), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the case with prejudice, each party to bear its own attorneys' fees and costs except as outlined in the parties' settlement agreement.

Dated this 24th day of September, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge